**Below is an order of the Court.**

*U.S. Bankruptcy Judge*

ODAP (2/11/21) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

| | | |
|---|---|---|
| In re<br>**15005 NW Cornell LLC**<br>Debtor(s) | ) ) ) ) | Case No. 19–31883–dwh11 |
| **15005 NW Cornell LLC et al.**<br>Plaintiff(s) | ) ) ) ) ) | Adv. Proc. No. 22–03017–dwh |
| v. | ) | |
| **Tasha L. Terharani–Ami as trustee of the Sonja Dinihanian GST Trust DTS 1/1/11 et al.**<br>Defendant(s) | ) ) ) | ORDER RE: DISMISSAL OF ADVERSARY PROCEEDING |

Finding that the action described in the below–referenced notice has not been taken within the time provided by the court,

Notice of Proposed Dismissal for notice of settlement. Effective Within 21 Days. Last Date to Comply 11/18/2022. (smj)

IT IS ORDERED that this proceeding is dismissed.

###